IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 12-mj-7005-bnb

UNITED STATES OF AMERICA,

Plaintiff,

v.

Camerion Gholson

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

_X_ Initial Appearance   _X_ Arraignment   ___ Sentencing   ___ Status

___ Administrative Review   ___ Show Proof   ___ Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101   ___ 901 19th Street, Rm. A-105   ___ 1929 Stout St.
    Colorado Springs, CO 80903       Denver, CO 80294                    Denver, CO 80294

Appearance date: 7/11/2012 , at 8:30am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: _____   Name: cleared with deft over phone
(Please Print)
Address: reset requested by deft. through officer Tom Healy

Phone: _____
Revised 3/17/09